**E-FILED on** 2/5/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONEL PALOFAX-CAMARENA,<br><br>    Defendant. | No. CR-08-00581 RMW<br><br><br><br>**NOTICE OF ERRATA**<br><br><br>**[Re Docket No. 25]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE NOTE that on page 2, at line 24, of the Order Granting Defendant's Motion to Dismiss Pursuant to the Sixth Amendment Speedy Trial Right, filed on January 30, 2013, the court incorrectly states that the defendant asserts a delay dating from August 27, 2007. The sentence should instead read "Defendant asserts that the delay from August 27, 2008, the date of his indictment, to date has been excessive and entitles him to dismissal of the indictment." The court's analysis resulting it its decision to dismiss was based upon the correct indictment date–August 27, 2008.

DATED:    February 5, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

NOTICE OF ERRATA—No. CR-08-00581 RMW
TMDH